*WO*

# *UNITED STATES DISTRICT COURT*

## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Jesus Tirado-Herrera, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| United States of America, | ) | Case: CV-05-655-TUC-FRZ |
| | ) | CR-04-296-TUC-FRZ |
| Respondent. | ) | |
| _____ | ) | |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #34 in CR-04-296-TUC-FRZ) is **DENIED** and this case (CV-05-655-TUC-FRZ) is **DISMISSED**.

November 7, 2005     RICHARD H. WEARE
Date                 CLERK


                     *S/ M. Michelle Mejia*
                       M.  Michelle Mejia
                        Deputy Clerk


Copies to:
J/B, FRZ, Tirado-Herrera, all Counsel